## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | **4:11MJ3019** |
| vs. | ) ) ) | **DETENTION ORDER** |
| **JOSE HERNANDEZ-CERRATO,** | ) ) | **COMPLAINT** |
| Defendant. | ) ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1)  The above-named defendant shall be detained pending the preliminary hearing in this case.

2)  A preliminary hearing will be held on April 20, 2011 at 3:30 p.m. before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

April 8, 2011                                    BY THE COURT:

                                                 *s/Cheryl R. Zwart*
                                                 Cheryl R. Zwart
                                                 United States Magistrate Judge